**HENRY F. WOLFF, III, ESQ.**
79 First Avenue
Atlantic Highlands, New Jersey 07716
(732) 291-9000  (732) 291-0321 Facsimile
hfw@lawwolff.com

---

November 5, 2014

Via Electronic Filing

Clerk, US District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  DGL Group v. Andrew Warner
     Civil Action No. 2:14-cv-05932

Dear Sir/Madam:

I represent Andrew Warner.  Enclosed for filing please find Answer and Affirmative Defenses in connection with the above-referenced matter.

Thank you for your attention in this matter.

Very truly yours,

/s/Henry F. Wolff, III
Henry F. Wolff, III
/gm
Encs.
Cc w/encs::   Uri Dallal, Esq.
              Andrew Warner