UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DGL GROUP, LTD.

   Plaintiff(s)

v.

ANDREW WARNER

   Defendant(s)

Civil. 14-5932 (WHW)

**ORDER DISMISSING**

Pursuant to L. Civil Rule 41.1

It appearing to the Court that the above case has been pending for more than four months without any proceedings having been taken therein, and no objection having been entered at a call of the calendar.

**IT IS ON THIS 14th. day of SEPTEMBER, 2018**

ORDERED that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to either party.

HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE